JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMILO VASQUEZ PAREDES,<br><br>    Plaintiff,<br><br>v.<br><br>JASMIN KHOSHN,<br><br>    Defendant. | Case No. 2:25-cv-02498-SB-JC<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order dismissing Plaintiff's complaint, it is ORDERED AND ADJUDGED that Plaintiff's claims are dismissed without prejudice for failure to state a claim.

    This is a final judgment.

Date: May 2, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1